IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY JOINER,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 05-0501-CG-B** |
| **CITY OF GREENSBORO, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiff's complaint be and is hereby **DISMISSED** without prejudice for failure to prosecute.

**DONE and ORDERED** this 29th day of November, 2005.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**