IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY JOINER,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 05-0501-CG-B** |
| **CITY OF GREENSBORO, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that plaintiff's complaint be and is hereby **DISMISSED** without prejudice for failure to prosecute.

**DONE and ORDERED** this 29th day of November, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE